# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JESSIE JAMES DAVIS IV, An Individual,<br><br>Plaintiffs,<br>v.<br><br>ROWLAND HEIGHTS #4; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No: 2:19-cv-03752−JAK (MAAx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY (DKT. 12)**<br>**JS-6** |

Based on the Joint Stipulation for Dismissal with Prejudice submitted by the parties herein and for good cause shown, the Court **APPROVES** the Stipulation. The case is dismissed with prejudice. Each of the parties herein shall bear their own respective attorney fees and costs.

In light of the foregoing, the Application to Stay the Case for Early Mediation (Dkt. 10) is **MOOT**.

IT IS SO ORDERED.

Dated: August 9, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE